IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                Criminal Action No. 06-00314-01-CR-W-HFS

v.

DORIAN W. RICHARDSON,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:

        On or about January 20, 2006, the defendant, having been convicted of a felony, possessed a firearm, a .380 caliber semi-automatic pistol, that had been transported in interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government:  Paul Becker
        Case Agent:  Detective Darrell Reach of the KCMOPD, assigned to the ATF
        Defense:     Robert Kuchar

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
        Government:  7   with stipulations;   10   without stipulations
        Defendants: 5   witnesses, including the defendant

**TRIAL EXHIBITS**
        Government: 20   exhibits
        Defendant: 0    exhibits for defendant

**DEFENSES**:  General Denial

**POSSIBLE DISPOSITION**:

(X) Definitely for trial;   ( ) Possibly for trial;   ( ) Likely a plea will be worked out

**TRIAL TIME: 1- 1 ½ days**
Government's case including jury selection: 1 day
Defense case: ½ day or less (With the exception of the defendant all witnesses on the defense list are also on the government's list.)

**STIPULATIONS**:
The government has proposed stipulations concerning the defendant's prior convictions and the interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Friday before the pretrial conference
Defense: Friday before the pretrial conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday April 18, 2007**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** Defense counsel may seek to exclude a matter currently pending against defendant.

**TRIAL SETTING**: Criminal jury trial docket commencing April 23, 2007.
**Please note:** Government counsel is requesting the second week of the docket as he unavailable the first week.

**IT IS SO ORDERED.**

                                                /s/ SARAH W. HAYS
                                                     SARAH W. HAYS
                                             United States Magistrate Judge